ACCEPTED
04-15-00069-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/28/2015 1:52:45 PM
KEITH HOTTLE
CLERK

## NO. 04–15-00069-CV

# In the Fourth Court of Appeals, San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/28/2015 1:52:45 PM
KEITH E. HOTTLE
Clerk

Texas Municipal League Joint Self-Insurance Fund *a/k/a*
The Texas Municipal League Intergovernmental Risk Pool
*Appellant*
vs.

Housing Authority of the City of Alice, Texas
*Appellee*

Appeal from the 79th Judicial District Court
Jim Wells County, Texas, No. 14-10-53721-CV
The Honorable David Sanchez, Presiding Judge

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR APPELLANT

Barry Abrams
State Bar No. 00822700
Jack W. Higdon
State Bar No. 24007360
BLANK ROME LLP
700 Louisiana, Suite 4000
Houston, TX 77002-2727
(713) 228-6601
(713) 228-6605 (Fax)

ATTORNEYS FOR APPELLANT
TEXAS MUNICIPAL LEAGUE JOINT
SELF-INSURANCE FUND *A/K/A* THE TEXAS
MUNICIPAL LEAGUE INTERGOVERNMENTAL
RISK POOL

## ORAL ARGUMENT REQUESTED

# In the Fourth Court of Appeals, San Antonio, Texas

Texas Municipal League Joint Self-Insurance Fund *a/k/a*
The Texas Municipal League Intergovernmental Risk Pool
*Appellant*
vs.

Housing Authority of the City of Alice, Texas
*Appellee*

Appeal from the 79th Judicial District Court
Jim Wells County, Texas, No. 14-10-53721-CV
The Honorable David Sanchez, Presiding Judge

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR APPELLANT

Counsel for Appellant in the above-captioned matter appears pursuant to the applicable rules to file this Notice of Change of Address. Effective June 1, 2015, the address for Barry Abrams and Jack W. Higdon of Blank Rome LLP will change. The new firm address is as follows:

Barry Abrams
Jack W. Higdon
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
713.228.6601 (phone)
713.228.6605 (fax)

Defendant respectfully requests the Clerk of the Court to note this change of address in its records.

Respectfully submitted,

By: /s/ Barry Abrams
      Barry Abrams
      State Bar No. 00822700
      Babrams@BlankRome.com
      Jack W. Higdon
      State Bar No. 24007360
      Jhigdon@BlankRome.com
      BLANK ROME LLP
      700 Louisiana, Suite 4000
      Houston, Texas 77002
      (713) 228-6601
      (713) 228-6605 (Fax)

ATTORNEYS FOR APPELLANT
TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE
FUND *A/K/A* THE TEXAS MUNICIPAL LEAGUE
INTERGOVERNMENTAL RISK POOL

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to the following counsel of record via the manner indicated below, on May 28, 2015:

***Via Email***
Mr. Anthony Constant
CONSTANT LAW FIRM
One Shoreline Plaza
800 N. Shoreline Blvd, Suite 2700 South
Corpus Christi, Texas 78401
Fax: 361-887-8010

/s/ Barry Abrams
Barry Abrams

2